UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL GREENE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-02184-GMN-NJK<br><br>**ORDER** |

Petitioner has commenced two habeas corpus actions in this court, Case No. 2:19-cv-2165-GMN-NJK (Greene I), and this action, Case No. 2:19-cv-02184-GMN-NJK (Greene II). They both challenge the same state-court judgment of conviction. It appears that the petition in Greene I largely is a copy of petitioner's state direct-appeal brief, and it appears that the petition in Greene II largely is a copy of petitioner's counseled state supplemental post-conviction habeas corpus petition. Under these circumstances, the court will transfer the petition in this action, Greene II, to Greene I. The court then will close Greene II. The court makes no statement about the ability of petitioner to proceed in forma pauperis or whether any defects exist.

IT THEREFORE IS ORDERED that the clerk of the court take the petition for a writ of habeas corpus, currently at ECF No. 1-1, and file it as a supplemental petition in Greene v. Attorney General, Case No. 2:19-cv-02165-GMN-NJK.

IT FURTHER IS ORDERED that that the clerk shall add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents.

IT FURTHER IS ORDERED that the clerk shall electronically serve upon respondents a copy of this order. No response is necessary.

IT FURTHER IS ORDERED that the clerk of the court administratively close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: January 9, 2020

_____
GLORIA M. NAVARRO
United States District Judge